UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Craig E. Daye

Case No.: 18-24795 (JKS)

Chapter: 7

Judge:  John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 9, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 194 Reeve Terrace, Plainfield, NJ, having a fair market value of $224,821.00.

> Liens on property:
>
> Ditech
> $458,630.56
> City of Plainfield Collector of Taxes
> $1,612.06

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Lori Capasso
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0030794 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Craig E. Daye  
    Debtor

Case No. 18-24795-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 07, 2018  
                    Form ID: pdf905    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
```
db             +Craig E. Daye,    194 Reeve Terrace,    Plainfield, NJ 07062-1531
517661800      +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517661802      +BARCLAYS BANK DELAWARE,    PO BOX 8803,    WILMINGTON, DE 19899-8803
517661803      +BK OF AMER,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
517661807      +City of Plainfiled Collector of Taxes,    515 Watchung Avenue,    Plainfield, NJ 07060-1720
517661811      +KML Law Group P.C.,    216 Hadden Ave,    Ste 406,    Collingswood, NJ 08108-2812
517661813      +THRIFT INVESTMENT CORP,    720 KING GEORGE POST RD,    FORDS, NJ 08863-1985
517661814      +TROJAN PROFESSIONAL SE,    4410 CERRITOS AVE,    LOS ALAMITOS, CA 90720-2549
517661815      +WELLS FARGO DEALER SVC,    PO BOX 1697,    WINTERVILLE, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2018 22:59:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2018 22:59:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517661799      +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 07 2018 22:59:06     Alliance One,
                 PO Box 3101,   Southeastern, PA 19398-3101
517661804       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2018 22:57:05     CAPITAL ONE,
                 15000 CAPITAL ONE DR,   RICHMOND, VA 23238
517661809      +E-mail/Text: mrdiscen@discover.com Sep 07 2018 22:59:07     DISCOVER FIN SVCS LLC,
                 PO BOX 15316,   WILMINGTON, DE 19850-5316
517661810      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2018 22:59:34     Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
517661812      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:01     SYNCB/LOWES,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
                                                                                              TOTAL: 7
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517661808        Karen A. Daye
517661801*     +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517661805*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517661806*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
                                                                                    TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Craig E. Daye rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Sep 07, 2018
                                Form ID: pdf905          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                            TOTAL: 6